IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mitchell, Girtha M

Printed: 5/13/08

Case Number: 05 B 02188
Judge: Hollis, Pamela S
Filed: 1/24/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 9, 2008
Confirmed: March 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,400.00 |  |
| Secured: |  | 9,581.97 |
| Unsecured: |  | 2,196.22 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,905.20 |
| Trustee Fee: |  | 716.61 |
| Other Funds: |  | 0.00 |
| Totals: | 14,400.00 | 14,400.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,905.20 | 1,905.20 |
| 2. | Monterey Financial Services | Secured | 431.21 | 431.21 |
| 3. | Wells Fargo Fin Acceptance | Secured | 9,150.76 | 9,150.76 |
| 4. | Peoples Energy Corp | Unsecured | 249.35 | 0.00 |
| 5. | Wells Fargo Fin Acceptance | Unsecured | 758.77 | 1,579.45 |
| 6. | T Mobile USA | Unsecured | 13.25 | 27.58 |
| 7. | Monterey Financial Services | Unsecured | 113.86 | 237.00 |
| 8. | ECast Settlement Corp | Unsecured | 112.35 | 233.85 |
| 9. | Commonwealth Edison | Unsecured | 56.85 | 118.34 |
| 10. | Direct Tv | Unsecured |  | No Claim Filed |
| 11. | Sprint PCS | Unsecured |  | No Claim Filed |
| 12. | Plaza Associates | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,791.60 | $ 13,683.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 64.00 |
| 3% | 35.73 |
| 5.5% | 176.49 |
| 5% | 40.00 |
| 4.8% | 115.20 |
| 5.4% | 259.18 |
| 6.5% | 26.01 |
|  | $ 716.61 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mitchell, Girtha M

Printed:  5/13/08

Case Number:  05 B 02188
Judge:  Hollis, Pamela S
Filed:  1/24/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

